UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Collins Iheme,                                        Civ. No. 20-1789 (PAM/DTS)

          Plaintiff,

v.                                                                                    **ORDER**

Vicky Jenssan, Warden,

          Defendant.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated January 4, 2021. (Docket No. 19.) The R&R recommends that the Court dismiss Plaintiff Michael Collins Iheme's Amended Complaint for failure to state a claim.

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Iheme failed to file objections to the R&R in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED that**:

1.     The R&R (Docket No. 19) is **ADOPTED**;

2.     The Amended Complaint (Docket No. 14) is **DISMISSED without prejudice**; and

3. Plaintiff's Application to proceed in forma pauperis (Docket No. 2) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 29, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge